## IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

RONALD COLLIER,  )
                              )     **Davidson Chancery**

    **Plaintiff/Appellant,**    )     **No.  97-160-II**

                              )

**VS.**                              )     **Appeal No.**

                              )     **01A01-9709-CH-00502**

**TENNESSEE DEPARTMENT OF**  )

**CORRECTIONS, et. al.,**        )

                              )

    **Defendant/Appellee.**     )

**FILED**

**August 19, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

## O R D E R

On August 5, 1998, the Clerk of this Court received a "Memorandum of Law, Facts and Exhibits in Support of Petition for Rehearing," apparently referring to the opinion filed by this Court on July 22, 1998. The Clerk has no record of the receipt of a petition to rehear in this case.

Said memorandum has been considered as a petition to rehear, although not timely filed. Said memorandum states no valid ground for altering the opinion of the Court. A rehearing is therefore denied.

ENTER _____

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM C. KOCH, JR., JUDGE